IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRYAN L. JONES, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-97 (WLS-TQL) |
| | * |
| TYRONE OLIVER, et al., | |
| | * |
| Defendants. | |
| | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated November 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk